UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 APR 23  A 11: 45

DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| GUREEN REHM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 03 cv 12373 PBS |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

**CONSENTED-TO MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendant Unum Life Insurance Company of America respectfully moves for an

enlargement of the time within which it must serve its responsive pleading to the

Complaint of Plaintiff Gureen Rehm up to and including May 25, 2004.  Counsel for

Plaintiff, Stephen L. Raymond, Esq., consents to this Motion.

This enlargement of time should not interfere with the trial schedule of the matter.

WHEREFORE, Defendant moves for an enlargement of the time within which it

must serve a responsive pleading to Plaintiff's Complaint up to and including May 25,

2004.

DATED:  April 21, 2004

John J. Aromando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0232354.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document has been served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

Stephen L. Raymond, Esq.
3 Washington Square, Suite 206
Haverhill, MA  01830

DATED:  April 21, 2004

John J. Aromando



FILED
CLERKS OFFICE

2004 APR 23  A 11: 46

DISTRICT COURT
DISTRICT OF MASS.

Geraldine G. Sanchez

One Monument Square
Portland, ME  04101

207-791-1332 voice
207-791-1350 fax
gsanchez@pierceatwood.com

pierceatwood.com

April 21, 2004

Tony Anastas, Clerk
U.S. District Court
Federal Building and Courthouse
1550 Main Street
Springfield, MA  01103

      Re:    <u>Gureen Rehm v. Unum Life Insurance Company of America</u>
             Docket No.  03 cv 12373 PBS

Dear Mr. Anastas:

      Enclosed please find Defendant's Assented-To Motion for Enlargement of Time to Respond to Complaint for filing in the above-captioned action.

      Thank you for your attention to this matter.

                        Sincerely,

                        Geraldine G. Sanchez

GGS/mlc
Enclosure
cc:     Stephen L. Raymond, Esq.

---