# United States District Court

DISTRICT OF __MASSACHUSETTS__

GUREEN REHM

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12373 PBS

TO: (Name and address of defendant)

UNUM LIFE INSURANCE COMPANY OF AMERICA
100 Summer Street, Ste. 1400
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  11/24/03