UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gureen Rehm

            Plaintiff,                      CIVIL ACTION
                                                  NO.   03-12373-PBS

    v.

UNUM Life Insurance Company of America
           Defendant.


**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**


SARIS, U.S.D.J.                                                                   July 2, 2004


      The Scheduling Conference  previously scheduled for July 16, 2004, has been **rescheduled** to **August 4, 2004, at 3:30 p.m.**


                                                                       By the Court,


                                                              /s/ Robert C. Alba
                                                              Deputy Clerk


Copies to:  All Counsel


resched.ntc