UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL 81  A 8: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GUREEN REHM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 03 cv 12373 PBS |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
## _PRO HAC VICE_ PURSUANT TO LOCAL RULE 83.5.3

(1)    Defendant seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to the Local Rule 83.5.3.

(2)    I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant in this case.  I am a partner in the law firm of Pierce Atwood.

(3)    I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood.

(4)    Accompanying this Motion is a Certificates by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

{W0251979.1}

(5)    No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: 6/30/04

John J. Aromando, BBO # 545648

PIERCE ATWOOD
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*