**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
------------------------------------------------------------x
```
**GUREEN REHM,**

                **Plaintiff,**                Civ. No. 03-12373 PBS

      **v.**

**UNUM LIFE INSURANCE COMPANY**
**OF AMERICA,**

                **Defendant.**
```
------------------------------------------------------------x
```

## JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, Plaintiff, GUREEN REHM, and defendant, UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM") file this Joint Statement Regarding Pretrial Matters. This matter involves the review of a denial of benefits under an ERISA-covered employee benefit plan.

### Proposed Scheduling Order

The Parties propose the following schedule:

On or before **August 25, 2004**, the defendant shall provide Plaintiff with: a copy of the Administrative Record, consisting of Unum's claim file as well as any and all documents within Unum's possession or control which relate to Plaintiff's claim for benefits.

If any party proposes that it is entitled to discovery or any evidentiary hearing, it must file a motion for leave to conduct such discovery or request an evidentiary hearing with the Court by **September 24, 2004.** Absent such a motion, there will be no discovery or evidentiary hearing in this action.

On or before **October 24, 2004**, both parties shall file with the Court their Cross-Motions for Judgment on the Administrative Record. If, it appears that any motion for discovery

or request for an evidentiary hearing will remain undecided by October 24, 2004, either party may move for an appropriate adjustment to the schedule for filing Cross-Motions for Judgment.

On or before **November 23, 2004**, the parties shall file their respective oppositions to Cross-Motions for Judgment.

Oral argument on the parties' Cross-Motions to be scheduled by the Court: _____.

## Additional Matters

The parties certifications pursuant to Local Rule 16.1(D)(3) will be filed under separate cover.

The parties do not agree to have this matter heard by a Magistrate Judge.

The Plaintiff has submitted a settlement demand to the Defendant pursuant to Local Rule 16.1(C). Defendant is in the process of responding to the demand. The parties continue to engage in discussions regarding settlement.

Respectfully submitted,

Dated: Haverhill, MA
August 2, 2004

PLAINTIFF
By her attorney,

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.

By:    */s/ Stephen L. Raymond*
Stephen L. Raymond
3 Washington Square, Ste. 206
Haverhill, MA  01830
(978) 372-6590
BBO #567753

Defendant,
UNUM Life Insurance Company of America

By: _____
Geraldine G. Sanchez
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1108