UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GUREEN REHM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 03 cv 12373 PBS |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT UNUM LIFE INSURANCE COMPANY OF AMERICA'S CERTIFICATION OF CONFERENCE

The undersigned certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:   August ⟍2⟍ , 2004

Geraldine G. Sanchez

Attorney for Defendant Unum Life
Insurance Company of America

PIERCE ATWOOD
One Monument Square
Portland, Maine 04101
(207) 791-1100

{W0251971.1}

Dated: July _24_, 2004

_____

Mary Elizabeth Fougere
AVP & Litigation Counsel
UnumProvident
2211 Congress Street
Portland, ME  04122

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within document was served upon counsel for

Plaintiff, via overnight mail, addressed as follows:

Stephen L. Raymond, Esq.
3 Washington Square, Suite 206
Haverhill, MA  01830

DATED:  August 2, 2004

Geraldine G. Sanchez

{W0251971.1}

3