UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gureen Rehm
Plaintiff,

        V.                                     Civil Action Number
                                           03-12373-PBS

Unum Life Insurance Co. of America
Defendant.                                              August 4, 2004

## SCHEDULING ORDER

Saris, D.J.,

Summary Judgment Motion filing deadline: 10/24/04

Opposition to Summary Judgment Motions: 11/23/04

Hearing on Summary Judgment or Pretrial Conference: 12/14/04 at 2:00 p.m.

                                                                 By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk