UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------x

GUREEN REHM,

                Plaintiff,                Civ. No. 03-12373 PBS

     v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

                Defendant.

-------------------------------------------------------------x

## MOTION FOR ENLARGEMENT OF TIME TO FILE APPLICATION FOR DISCOVERY (ASSENTED TO)

      Pursuant to the existing Scheduling Order, Plaintiff is to file her Application for Discovery (in this ERISA matter) with the Court by this date, September 24, 2004. As defendant had met with unforeseen delay in providing Plaintiff with a copy of the administrative record (the copy was sent on September 16th), Plaintiff respectfully requests an additional ten days for the filing of her Application for Discovery.

      This request should have no impact upon the remainder of the Scheduling Order.

      Defendant assents to this request.

      WHEREFORE, Plaintiff respectfully requests an enlargement of her time to file an Application for Discovery up to and including October 4, 2004.

                                      Respectfully submitted,

Dated: Haverhill, MA
        September 24, 2004

                                      PLAINTIFF
                                      By her attorney,

                                      LAW OFFICE OF
                                      STEPHEN L. RAYMOND, ESQ.

                          By:    /s/ Stephen L. Raymond
                                      Stephen L. Raymond
                                      3 Washington Square, Ste. 206
                                      Haverhill, MA  01830
                                      (978) 372-6590
                                      BBO #567753