UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 25 P 3:05

-----------------------------------------------------------x

**GUREEN REHM,**

                    **Plaintiff,**                  Civ. No. 03-12373 PBS

                    v.

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

                    **Defendant.**

-----------------------------------------------------------x

## STIPULATION OF DISMISSAL

Now come the respective parties to this action, by and through their undersigned counsel, pursuant to Rule 40(a)(1), Fed. R. Civ. P., and hereby stipulate to the dismissal of this action, with prejudice, and without costs or attorneys' fees to either party.

Dated: October 14, 2004
        Haverhill, MA

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.
Attorney for Plaintiff

By: _____
Stephen L. Raymond
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590
BBO #567753

PIERCE ATWOOD

Attorneys for Defendants

By: _____
Mark E. Porada
One Monument Square
Portland, ME 04101
(207) 791-1100
BBO #